UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

RICHARD EUGENE RAINES, SR.         CASE NUMBER:    03-13440
SSN: xxx-xx-3657                   CHAPTER 13

DEBRA JEAN RAINES
SSN: xxx-xx-1146
Debtors

---

**NOTICE TO ALLIED ADJUSTMENTS THAT $0.01 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Allied Adjustments, creditor herein, and deposits $0.01 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Allied Adjustment was:

   P. O. Box 1023
   Muncie, Indiana 47308-1023

2. That the debtors' case was discharged on May 21, 2010, and the Trustee received disbursements made to the creditor after the case was closed.

3. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   June 17, 2010                /s/ Debra L. Miller, Trustee
                                      Debra L. Miller, Trustee
                                      P.O. Box 11550
                                      South Bend, IN 46634
                                      (574) 251-1493

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   June 17, 2010

By U.S. Mail postage prepaid
Debtors: Richard and Debra Raines, 329 S. Broad Street, Dunkirk, IN 47336
Creditor:  Allied Adjustments, P. O. Box 1023, Muncie, IN 47308-1023

By electronic mail via CM/ECF:
Debtors' Attorneys: Anita K. Gloyeski, Steven J. Glaser
U.S. Trustee:  ustregion10.so.efc@usdoj.gov


/s/ Harriette M. King
Harriette M. King